UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-446-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY ORLANDO BETANCOURT | ) | |

Upon motion of Defendant, for good cause shown, it is hereby ORDERED that the proposed sealed document at D.E. 28 in the above-captioned matter be sealed until such time as the Court orders it unsealed.

SO ORDERED.

This the 29 day of July, 2020.

                                            JAMES C. DEVER, III
                                            United States District Judge