UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-446-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANTHONY ORLANDO BETANCOURT ) | |

Before the Court is the defendant's motion to file Docket Entry 33 (Sentencing Memorandum with attached character letter) under seal pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 33 shall be filed under seal.

SO ORDERED.

This 3 day of November, 2020.

James C. Dever III
United States District Judge