UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-446-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY ORLANDO BETANCOURT | ) | |

Before the Court is the defendant's motion to file Docket Entry 36 (Supplement to Sentencing Memorandum with attached character letters) under seal pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 36 shall be filed under seal.

SO ORDERED.

This 4 day of November, 2020.

James C. Dever III
United States District Judge